# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| No. 12-7073 | September Term, 2012 |
| | 1:10-cv-00042-RMC |
| | Filed On: April 8, 2013 |

DCFS USA, LLC, A Delaware limited liability company,

      Appellee

Stephen Thomas Yelverton, an individual,

      Appellant

    v.

District of Columbia,

      Appellee

    **BEFORE:**    Rogers, Brown, and Griffith, Circuit Judges

### O R D E R

Upon consideration of the petition for rehearing and the motion for remand and joinder, it is

**ORDERED** that the petition for rehearing be denied. It is

**FURTHER ORDERED** that the motion for remand and joinder be dismissed as moot.

### Per Curiam

                                **FOR THE COURT:**
                                Mark J. Langer, Clerk

                BY:    /s/
                          Jennifer M. Clark
                          Deputy Clerk